UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

W. BRUCE HUBBARD and
DONNA M. HUBBARD,

CIV. NO. 13-337(MJD/JSM)

Plaintiffs,

ORDER

v.

PNC BANK NATIONAL ASSOC. and
FEDERAL HOME LOAN MORTGAGE CORPORATION,

Defendants.

This matter is before the Court on the Report and Recommendation [Doc. #46] of United States Magistrate Judge Janie S. Mayeron dated August 20, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Defendants' Motion to Dismiss [Docket No. 13] is GRANTED.

2. Plaintiffs' Motion for Preliminary Injunction [Docket No. 19] is DENIED.

3. Plaintiffs' Motion for Leave to Amend Their Complaint [Docket No. 33] is DENIED.

4. This matter is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: September 5, 2013

s/Michael J. Davis
Michael J. Davis
Chief Judge, United States District Court